703 A.2d 705

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Harry ZMENKOWSKI a/k/a Richard Zmenkowski, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 15, 1997.

Kevin G. Sasinoski, Pittsburgh, for petitioner.

Suzanne M. Swan, Bethel Park, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 15th day of December, 1997, the Petition For Allowance of Appeal is **GRANTED** on the limited issue of whether the sentencing manipulation doctrine should be adopted where the police engaged the appellant in multiple drug transactions solely for the purpose of increasing the appellant's sentence.

It is further Ordered that the Motion to Withdraw as Counsel of the Public Defender's Office of Allegheny County is **GRANTED**.